◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO L. JAMES, Appellant. [33 NYS3d 795]—Appeal from a

judgment of the Monroe County Court (Douglas A. Randall, J.), rendered November 25, 2013. The judgment convicted defendant, upon his plea of guilty, of aggravated unlicensed operation of a motor vehicle in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Peradotto, J.P., Carni, Curran, Troutman and Scudder, JJ.